IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK LEE-PURVIS,<br>   Petitioner, | : <br> : <br> : | |
|    v. | : <br> : <br> : | Civil Action<br>No. 17-1536 |
| COMM. OF PENNSYLVANIA, *et al.*,<br>   Respondents. | : <br> : | |

## ORDER

This 6th day of July, 2018, it is hereby **ORDERED** that, pursuant to 28 U.S.C. § 636(b)(1)(C) and consistent with the accompanying Memorandum, the Report and Recommendation issued by the Honorable Carol Sandra Moore Wells (ECF No. 12) is adopted. Mark Lee-Purvis' Petition for the Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED**, with prejudice and without issuance of a certificate of appealability.

                   /s/ Gerald Austin McHugh
                   United States District Judge